# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

ZACHARY BENTLEY and TROY LADEHOFF
on behalf of themselves and all others similarly situated,

         Plaintiffs,

v.

USM ACQUISITION, LLC,
TOP MASTER ACQUISITION, LLC, CUSTOM PREMIER SURFACES, INC., TYRON OF GA, INC. and CLIO HOLDINGS, LLC

         Defendants.

Case No.: 1:20-cv-00011
Hon. Paul L. Maloney

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(i)

Now Comes, Zachary Bentley and Troy Ladehoff ("Plaintiffs") on behalf of themselves and a class of those similarly situated ("Other Similarly Situated Employees"), by and through their counsel submit the following *Notice of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)*. In support thereof, Plaintiffs state as follows:

1. This case was brought by the Plaintiffs, on behalf of themselves and other similarly situated employees, against the Defendants for violations of the

Worker Adjustment and Retraining Notification Act of 1988 29 U.S.C. §§ 2101-2109 *et. seq.* (the "WARN Act").

2. Plaintiffs' complaint was filed on January 6, 2020.

3. Plaintiffs' first amended complaint was filed on January 10, 2020.

4. No appearance or answer has been filed by any Defendant in this case.

5. No Defendant has filed a dispositive motion in this case.

6. No class has yet been certified in this case.

7. Since filing their pleadings, Plaintiffs have learned that the Defendant Clio Holdings, LLC has filed for Chapter 7 bankruptcy protections in the United States Bankruptcy Court for the District of Delaware and been assigned case no. 20-10080 in that court.

8. An adversarial complaint has been filed by Plaintiffs in the bankruptcy action.

9. Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiffs' permission to "dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Id.

Wherefore Plaintiffs voluntarily dismiss the present action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 11, 2020			By:  __John C. Philo_____

                John C. Philo (P52721)
                Anthony D. Paris (P71525)
                **SUGAR LAW CENTER FOR ECONOMIC & SOCIAL JUSTICE**
                4605 Cass Ave., 2nd Floor
                Detroit, Michigan 48201
                (313) 993-4505/Fax: (313) 887-8470
                jphilo@sugarlaw.org
                tparis@sugarlaw.org

- And-

**LANKENAU & MILLER, LLP**
Stuart J. Miller (SJM 4276)
132 Nassau Street, Suite 1100
New York, NY 10038
P: (212) 581-5005
F: (212) 581-2122

**THE GARDNER FIRM**
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
182 St. Francis Street
Suite 103
Mobile, Alabama 36602
P: (251) 433-8100
F: (251) 433-8181

Cooperating Counsel for
THE SUGAR LAW CENTER FOR
ECONOMIC & SOCIAL JUSTICE, a non-profit law firm
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

_____

ZACHARY BENTLEY and TROY LADEHOFF
on behalf of themselves and all others similarly situated,

                Plaintiffs,

v.

USM ACQUISITION, LLC,
TOP MASTER ACQUISITION, LLC, CUSTOM PREMIER SURFACES, INC., TYRON OF GA, INC. and CLIO HOLDINGS, LLC

                Defendants.

Case No.: 1:20-cv-00011
Hon. Paul L. Maloney

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020, I electronically filed the NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(i) with the Clerk of Court using the electronic case filing system, which will send notification of such filing to all electronic case filing participants.

Dated: March 11, 2020        By: __John C. Philo_____

                                        John C. Philo (P52721)
                                        **SUGAR LAW CENTER FOR**

                        **ECONOMIC & SOCIAL JUSTICE**
                        4605 Cass Ave., 2nd Floor
                        Detroit, Michigan 48201
                        (313) 993-4505/Fax: (313) 887-8470
                        jphilo@sugarlaw.org
                        tparis@sugarlaw.org